*ORIGINAL Five Judge*

**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 29 2008 *aw*
Apr 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James Worthem

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Michael Nolan
Scott, M.R. # 5180
Ferraro, J # 6619
Chief of C.P.D. Dana Starks

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**08CV2444**
**JUDGE HART**
**MAG. JUDGE NOLAN**

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.     Plaintiff(s):**

A.     Name: JAMES WoRTHEM

B.     List all aliases: David Scott

C.     Prisoner identification number: 2007-0071905

D.     Place of present confinement: Cook County Jail

E.     Address: 2700 S. California St, Chicago Ill, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D.
number, place of confinement, and current address according to the above format on a
separate sheet of paper.)

**II.    Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official
position in the second blank, and his or her place of employment in the third blank.  Space
for two additional defendants is provided in **B** and **C**.)

A.     Defendant: MR. Michael Nolan

       Title: Uniformed Chicago Police officer

       Place of Employment: 5555 W Grand St, chgo Ill, 60639, 25th Dist station

B.     Defendant: Scott M. R. Badge # 5180-(pcov237)

       Title: Plain clothes Detective of C.P.D.

       Place of Employment: 5555 W Grand St, chigo Ill, 60639 – 25th Dist Station

C.     Defendant: Ferraro J. Badge # 6619 (pcoT303)

       Title: Plain clothes Detective for C.P.D.

       Place of Employment: 5555 W Grand St, chgo Ill, 60639, 25th Dist. Station

(If you have more than three defendants, then all additional defendants must be listed
according to the above format on a separate sheet of paper.)

D. *Dana Starks

    * Chief of C.P.D.

    * 3510 S. Michigan 5th floor Chicago Ill, 60653

Revised 9/2007

2

**III.**  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _James Warthem V. Deputy "boyle" 07 C 6589_

B.  Approximate date of filing lawsuit: _11/21/07_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _James Warthem (Aka) David Scott_

D.  List all defendants: _Sheriff Deputy /Bailiff "Boyle"_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F.  Name of judge to whom case was assigned: _Honorable Judge Leinenweber_

G.  Basic claim made: _Excessive force /Assault_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Motion to leave of file in forma pauperis is Granted._

I.  Approximate date of disposition: _2/4/08_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV Continued

A. O7 C 6687 – James Worthem V. Tom Dart Etc.

B. 11/28/07

C. James Worthem (AKA) David Scott

D. Dr. Carasquillo, Dr A. Ting, Paramedic Ms. Douglas, Tom Dart, Chief Wright, Godinez.

E. Northern District of Illinois

F. Honorable Judge Leiven Weber

G. Health and safety violations / Red Spots.

H. Granted in leave of forma pauperis

I. ?

IV Continued

A) James Worthem V. Jennifer Hall etc. Case # O7C-7255

B) 12/27/07

C) James M Worthem (AKA) David Scott

D) Michael Moore and Jennifer Hall

E) Northern District of Illinois

F) Honorable Judge James B Zagel

G) Deliberate Indifference, Gross Negligence and Const. Amend 8 and 14 Violations

H) Granted in Leave of forma pauperis.

I) 3/11/08

IV - continued

A) James Worthem V. Tom Dart, Chief of Police for C.P.D, Godinez. # 08C1210

B) 2/28/08

C) James Worthem (AKA) David Scott

D) Tom Dart, Salvadore Godinez and Dana Starks.

E) Northern District of Illinois

F) Honorable Judge Leinenweber

G) Posting notice of Rights Violation

H) Dismissed / Terminated

I) 3/5/08

IV continued

A) 08 C 1512   James WorTHem v. Tom DarT ETC.

B) 3|5|08

C) James WorTHem (AKA) David scott

D) Tom DarT sHerIff and DIR. Salvadar Godinez

E) NORTHERN DistricT oF Illinois

F) Honorable Judge Leinenweber

G) extortion and Racketeering

H) Still pending

I) ?

*12 copies of each

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

4

Revised 9/2007



## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is
involved, including names, dates, and places.  **Do not give any legal arguments or cite any
cases or statutes.**  If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets
if necessary.)

ON 4/22/03, At Approx 5:30 p.m. My Doors to Apt at 3958 W Grand
Were Viciously Kicked open as nobody was home and this Illegal
act was Done without any search warrant by the uniformed
officer "Michael Nolan" from the 25th Dist. Police station. MR.
Nolan Did not come out OF the premises with any evidence of
any Wrongdoing nor did he seize an alleged Robbery suspect that
he alleged on the stand at trial, he did however Illegally arrest MY
Common Law Wife "Annette Garcia" for an alleged assault on some
Robbery victim but she was released from the station hours later
due to no probable cause but when she arrived at our Apt, She
had discovered what I had already did before her Arrival at
4:AM on 4/23/07. OUR Doors were all Still open and laying on
the floor as they were Kicked off it's hinges. all of our personal
belongings were Ramsacked and alot of our sentimental and
Material belongings were stolen and broken. the C.P.D. Purposely,
wantonly, and prejudicially Left our private domain open to
the public without a care in the world of our absolute Rights
under the 4th Amend of the U.S. constitution. Now 26 hours
After the Illegal breakin of My Doors to Apt. And of Alleged
Robbery crime. on 4/23/07 at Approx 6 or 7pm I am walking
down a public street with my walking cane Revised 9/2007 When an
unmarked Police car slams on it's brakes and halts to a
Loud screeching stop, 3 Detectives Jump out of their

Vehicle With Guns Drawn and yelling all sorts of Rude obsenities towards me and with the use of extreme excessive force I am hit in the shoulder by Detective Scott with the butt of his Gun while Detective Ferraro Slaps me in the face So hard with a picture of me that he held in the hand he hit me with while the 3rd unknown Detective Grabbed my cane and threw it away. they all then cuff me up and tell me that I am under Arrest and tell me that if I dont Give them any Drugs and Guns that I would be charged for a robbery that they knew I did not commit but what better candidate than I! I told them of a place but they instead went back to my Residence, kicked back open the Doors that I had to nail Shut from their first breakdown 24 hours earlier. they entered with my wife/Fiance present and as she Attempted to tell them of their illegal entry, they told her to "Shut the F*** up and pushed her out of the way and forcefully broke open a wooden cabinet that only contained over Important Documents along with a collection of old coins and stamps that I collected since I was a kid and again they found nothing! So they charged me with this crime of Robbery. I have been Denied my 6th Amendment Right to effective assistance of counsel as I was forced to be represented by A Public Defender from the skokie court house. At trial⁵ the Arresting officer clearly Admitted to not having any Search — — — — — →



OR Arrest Warrants For My person or For entering My private domain forcefully, not peacefully, they even Admitted on the Stand that I was not Doing anything unusual in their presence at the time of My Arrest nor did I Attempt to flee or Resist as I knew of my innocence of any Wrongdoings. Officer "Michael Nolan" Also Admitted on the Witness Stand that he used excessive force when Kicking down My doors to the privacy of My Apt. C.p.D Claimed that "probable cause" is that A Robbery Victim picked me out of an array of differant pictures off of a computer Along with a possible 6 other Guys shown to this Alleged Victim but when defense requested that Sole evidence, State failed to produce, even the Honorable Judge John J. Moran Inquired of this Alleged probable cause on 11/5/07. So as to Disclose Discovery under Brady, the states only reply was that the C.p.D. had still not furnished those requested photos off of computer. C.p.D. Destroyed those photos and Just as I Claimed from the very Start, There never was any photos or any probable cause to Illegally Search My home, person nor Seize My person. The State and C.p.D. is in extreme Violation of My 4th and 14th Amendment Rights that is Absolutely Guaranteed to me by the United States Constitution against these highly PreJudicial and InJustice Actions by C.p.D. It is a well established fact that C.p.D. Destroyed the Sole evidence that provided "probable cause" but yet the Judge found Me Guilty on 2/4/08 - I was astounded but yet I could not object because the court Room bailiff of whom Violently Assaulted me on 9/26/07 for Attempting to exercise My 1st Amend. Right at "freedom of speech" was purposely and preJudicially towards me was made to Stand under the courts camera but within 10 to 15 feet of My person throughout the court proceeding

At which was extremely uncomfortable to me to the point where I could actually feel the Deputy "Boyles" constant stare and glare at me and when I would look his way, he would ball up his fist and put a smirx on his face at which was all staged and an act of pure intimidation on his part. Since the bailiffs violent act on 9/26/07, the Judge never Admonished nor had the bailiff Removed for what he had done illegally to my person, it was all my legal options that I fully exercised in order to have the bailiff Removed from the courtroom. This Judge also had me forcefully to wear Shackles and box cuffs within his courtroom and I have never been an escape risk nor a threat to your honor or anybody else for that matter. This case is an extreme issue of "Malicious prosecution" under the 4th and 14th Amendments with tons of prejudicial issues towards my person. As a result of this wrongful incarceration I have personally suffered an extreme amount of loss. I have no more Job, I am homeless, I have nowhere to go upon my Release from custody, there is family problems because I'm not there to support my Fiance and kids anymore, my Fiance and I have separated, I have lost my vehicle truck to the creditors due to not being out there to keep up my payments and my Mother is very sick and she very much has Depended upon Me for support. I have even been forced into a supermax security because an order of some sort was sent to C.C.D.O.C officials in that I had an altercation with the court Room bailiff on 2/4/08, when in fact that was on 9/26/07 and I was the victim but I was sent to Div 9 from Div 5 on

⑤

2/7/08. On 2/4/08, The Judge, after Allowing the state to present it's witnesses even while Defense counsel did not object due to his knowledge of the C.P.D. Destroying the Sole evidence that provided probable cause and is a Brady Discovery violation of the Defendants 14th Amend to the U.S. Const. The State Should of been sanctioned for that extreme violation that the Judge too was aware of. I was found guilty on 2/4/08 and I immediately began filing the neccasary Motions within the court so as too bring to the Judges attention of his "ERRORS" in finding the Defendant guilty without any probable cause, no search or Arrest warrants whatsoever and the P.D. Refused to accept anymore of my calls after this constitutional violation. So I was too be Sentenced on 3/10/08 but Due too my filings of Motions, The Judge allowed me to go pro-se and P.D. Withdrew due to what I constantly stressed to the Judge of the P.D. incompetance and Prejudice towards me, so I am too hear My Motions on 4/10/08 Since My illegal Arrest by C.P.D. I have been physically Assaulted on numerous Occassions, including one where I sustained stitches because others where somehow aware of my working with F.B.I. on the streets and I even told C.P.D. that if they illegally arrested Me for a crime I didn't commit that My life would be in grave danger but they Refused to listen to Reason. I was even violently assaulted within the courtroom/outside the courtroom from a Deputy Bailiff for Attempting to exercise My 1st Amend Right at freedom of Speech. My 4th, 5th, 6th, 8th, and 14th amendments have been extremely violated Due to the C.P.D. illegally and falsely accusing me of a crime I didn't Committ and under the color of law they are held Responsible for All the Physical and Mental injuries I did Sustain to my person. I seek Justice, I am listing other violations that follow.



Plaintiffs Rights.

1)* The Right Not to be subjected to unreasonable force
2)* The Right to be let alone
3)* The Right not to be illegally arrested
4)* The Right not to have Apt Doors broken Down by C.P.D. illegally
5)* The Right not to have C.P.D. illegally Arrest My Fiance
6)* The Right not to have C.P.D. leave all My Apt Doors open to Public.
7)* The Defendants(s) acted under the color of law.
8)* The Defendants) actions extremely Deprived Plaintiffs Rights.
9)* The Right not to be wrongfully Incarcerated
10)* The Defendants are Guilty of Deliberate Indifference, Reckless/Gross Negligence
11)* The Plaintiffs 4th and 14th Amendments are violated by C.P.D.
12)* The Plaintiff has an Absolute Right to privacy within his home from any Intrusion by C.P.D. No exigency nor any search Warrant
13)* The Plaintiff suffered Major losses Due to this illegal Incarceration such as loss of Job, loss of family life, Etc.
14)* The Defendants actions are Malicious, Wanton, and oppressive
15)*Defendants violated My 5th Amend Right to Life, Liberty and happiness
16)* Plaintiff Requests an award for punitive Damages, in addition to Nominal or compensatory Damages and Attorney's fees.
17)* The Plaintiff has suffered Multiple Assaults that would not have happen if it were not for this wrongful Arrest.
18)* The officers should be under strict scrutiny and punished for all their illegal Actions including committing perjury on the stand.

/s/ James Worthem
Plaintiff

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be Awarded With $75 Million Dollars for the Wrongful Incarceration, the Loss of my Job, Vehicle, Apartment and all that I worked for so hard to get, I request Punitive and I am entitled to compensatory Damages as well for Physical and Mental Injuries Sustained to my person and for the violation of my 4th and 14th Amendments Thank you, (NO Probable cause either) ✦ Malicious Arrest and Prosecution

**VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 22nd day of April, 20 08

_James Worthem_

_____
(Signature of plaintiff or plaintiffs)

James M Worthem
_____
(Print name)

2007-0071905
_____
(I.D. Number)

James Worthem
P.O. Box 089002
Chicago Ill, 60608
_____
(Address)

6

FOR THE Judge

# AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY.

I, ANNETTE GARCIA, Witness on behalf of JAMES M. WORTHEM # 07CR09711 Do herebye declare and affirm under penalty of perjury as defined in "725 ILCS 5/1-109 that EVERYTHING contained herein is true and accurate to the best of My knowledge and belief. I further declare and affirm that the contents of the fore going document(s) are known to me And are accurate to the best of My knowledge and belief. Finally I DO Declare and affirm that the Matter at hand is not taken either frivolously or MAliciously and THat I believe the foregoing Matter is taken in good faith.

Signed on this 27th Day of February, 2008

IS/ Quette garcia

Feb 27 2008

OFFICIAL SEAL
DEBORAH CRUMBLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/10

D.

I, ANNETTE GARCIA, WAS illegally arrested and charged with an assault on an alleged victim "Solis Concepcion" on 4/22/07 at approximately 7PM but was later released from the 25th District Police Station at around 1AM on 4/23/07. C.P.D. was witnessed by me not once but twice by kicking down 3 of our Apartment doors as nobody was home. C.P.D. had no search warrant and told me that they didn't need any search warrant nor did they visualize anybody going in or out of my Residence and they jumped over the back gate in order to gain entry to back porch. C.P.D. did not even knock and announce their presence, they drew guns and began kicking in my doors. I never gave C.P.D. the name of my common law husband, my mother Ivanita Ramirez called my cell phone while I was hand cuffed and officer answered phone call and asked my Mom who my husband is. My mother or I have ever witnessed "James Worthem" committ any crimes nor have I ever been a reliable source or informant for C.P.D. James Worthem was working hard out here and being a family man and taking Responsibility for his family. We are both victims in this case, I never opened up any Gate for James, he has his own house Keys, why wouldn't he, it's our place and we pay Rent. I was and am the victim of that illegal search and seizure and thats why C.P.D. let me go on an I-bond because they never had any probable cause to search and seize my person in the first place. Also P.D. John Vaugher called me over the phone Right before the start of trial on 1/22/08 and told me that even though I was sent a Subpoena to testify on Mr. Worthems behalf as I was very much willing to do that I'd get into trouble and that my credibility wouldn't be good because I was now on parole so since I'm ignorant toward the legal world I got scared and didn't show up, but C.P.D. never showed me any photo of my

common law husband until after I was taken to the police station and long after the use of excessive force upon my APT. DOORS, Also take note that the same Judge John J Moran of whom found James Worthem guilty, Also had me plead guilty to an offense of D.U.I. that I was not Guilty of for A 1 year I.D.O.C. sentence that was later found to be wrong on C.P.D. officer of whom was discredited and publicized on the news of illegally writing up and arresting over 100 D.U.I tickets but nobody has yet taken away this wrongful conviction. I was sentenced to 1year on 8/3/07, everytime I Appeared before the court, P.D. John vongher constantly told me that he would set up a meeting for James and I together if I could convince James to back off and not too take a Jury trial and I even told P.D. that when the Detectives again broke Down my doors, I seen them out of my back window throw something on the roof of the building, but when I asked them about that and of the reason why their again kicking down the Doors that my husband had I nail Shut, they then broke 2 padlocks off of A cabinet that held our private papers and they told me to shut the fuck up and that they were looking for Drugs and Guns. I then seen the fire DEPT come and get up on the Roof but I still don't know what was retrieved if anything. This is my testimony and I'm willing to testify to the truth of all these and the court is wrong in finding James Worthem Guilty of A crime he didn't committ and C.P.D. Illegally Arrested him without Any Arrest or search warrant and no probable cause whatsoever and the P.D. did not object to the states introduction of the witnesses testimony About some Alleged pictures that provided probable cause over the Internet but was Destroyed and in Violation of My husbands 4th and 14th Amendments.    /S/ Annette Garcia

*FOR THE JUDGE*

**FINAL APPROVAL**

CB #: 16868291
IR #: 744098
YD #:
RD #: HN299061
EVENT #: 0711216027

**CHICAGO POLICE DEPARTMENT**
# ARREST REPORT
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11, 420C(REV. 6/98)

---

**Name: WORTHEM, James M**

a.k.a Scott, David

**Res:** 3958 W Grand Ave,  #2ND FL R      **Beat:** 2535
Chicago, IL  60651

**DOB:** 11 June 1968

**AGE:** 38 years

**POB:** Illinois

**SSN:** 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

**DLN:** W63545368 -IL

**ARMED WITH** Unarmed

Male
White
5' 10"
195 lbs
Blue Eyes
Brown Hair
Short Hair Style
Fair Complexion

**Marks:**  Tattoo Left Side: Tribal Dragon  on Neck
Tattoo Under Eye:Tear Drop on Right Eye
Tattoo Annette on Lower Left Arm
Tattoo Heather on Lower Right Arm

---

**Arrest Date:** 23 April  2007 18:55      **TRR Completed?** No      **Total No Arrested:** 1      **Co-Arrests**      **Assoc Cases**

**Location:** 1427 N Kildare Ave      **Beat:** 2534                              **DCFS Ward ?** No
Chicago, IL  60651
303 –  Sidewalk                                **Dependent Children?** No

**Holding Facility:** District 025 Male Lockup

**Resisted Arrest?**   No

---

1          Offense As Cited   **720 ILCS 5.0/18-1-A**
ROBBERY
Class  2 - Type  F

**Victim**

Solis, Concepcion

---

**Felony Review :**  Approved     24 APR 2007 03:11          O'Malley, Michael          State's Attorneys's Office

---

**NO NARCOTICS RECOVERED**

---



CB #: 16863291

WORTHEM, James

Chicago Police Department - ARREST Report

NO WARRANT IDENTIFIED  ※ NOT WANTED

Name: SOLIS, Concepcion
Res: 1232 N Hamlin
Chicago, IL
773-899-1539

WOMAN VICTIM

Beat:0

Male
White Hispanic
DOB:
Age: 50 years
Comments:

SAME, BUT UNABLE?

Injured? No    Deceased? No

Hospitalized? No

Treated and Released? No

NO ARRESTEE VEHICLE INFORMATION ENTERED

**Confiscated Properties :**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    WORTHEM, James,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)
EVENT #15880 ****THIS IS A 025TH DISTRICT ROBBERY/PUBLIC VIOLENCE TEAM ARREST**** WHILE CONDUCTING A ROBBERY INVESTIGATION R/O LEARNED THAT ABOVE WAS A WANTED OFFENDER FOR A STRONG ARM ROBBERY IN WHICH HE PUNCHED THE VICTIM, KNOCKED HER TO THE GROUND AND FLED THE SCENE WITH SAID PROCEEDS. R/O DISCOVERED OFFENDER WALKING IN THE VICINITY OF HIS RESIDENCE, PLACED HIM IN CUSTODY, ADVISED RIGHTS AND PROCESSED HIM IN 02TH DISTRICT. OFFENDER HAS ID AND NAME CHECK IS CLEAR SHOWING HIM TO BE CURRENTLY ON PAROLE.



**Chicago Police Department - ARREST Report**

CB #: 16868201

WORTHEM, James

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

Attesting Officer:            #5180        SCOTT, M R (PC0V237)          23 APR 2007 20:08

|  |  |  |  | Beat |
|---|---|---|---|---|
| 1st Arresting Officer: | #5180 | SCOTT, M R (PC0V237) |  | 2566B |
| 2nd Arresting Officer: | #6819 | FERRARO, J  (PC0T303) |  | 2566B |

Approval of Probable Cause : #164        MURPHY, J J (PC0Q089)          23 APR 2007 20:13

*Probable cause 1 hour/18 min After My Arrest, Suppose to be Before My Arrest. (All Illegal)*

*I was Arrested At 18:55 hours on 4/23/07*

**Chicago Police Department - ARREST Report**

CB #: 16868291

WORTHEM, James

| | |
|---|---|
| Holding Facility: District 025 Male Lockup | Time Last Fed: |
| Received in Lockup: 23 April  2007 20:21 | Time Called:                             Phone#: |
| Prints Taken:    23 April    2007 20:32 | Cell #: 7-3    _ Placed in one person cell |
| Palmprints Taken:  Yes | |
| Photograph Taken: 23 April    2007 20:33 | Transport Details : OTHER  2566B    23-APR-2007 18:57 |
| Released from Lockup: 25 April    2007 06:00 | |

| | | | |
|---|---|---|---|
| Is there obvious pain or injury? | No | Presently taking medication? | No |
| Is there obvious signs of infection? | No | (if female)are you pregnant? | |
| Under the influence of alcohol/drugs? | No | First time ever been arrested? | No |
| Signs of alcohol/drug withdrawal? | No | Attempted suicide/serious harm? | No |
| Appears to be despondent? | No | Serious medical or mental problems? | No |
| Appears to be irrational? | No | Are you receiving treatment? | No |
| Carrying medication? | No | | |

24 APR 2007 09:38 11660    BASURTO, Saul (PC0M959) :    7-3

Name : REFUSED

Res:                                        Beat:

NO INTERVIEWS LOGGED

NO VISITORS LOGGED

**Chicago Police Department - ARREST Report**

CB #: 16868291

WORTHEM, James

| Action | By | | Destination | Reason |
|---|---|---|---|---|
| RELEASED BY | #1944 | Ortega, Nicholas M (PC0P344) 23 APR 2007 21:51 | District 025 Male Lockup | |
| RECEIVED BY | #20447 | Benavides, Ralph (PC0M517) 23 APR 2007 21:51 | Area 5 | Line Up |
| RECEIVED BY | #16198 | Ripley, Matthew A (PC0Y070) 24 APR 2007 03:12 | District 025 Male Lockup | |

*(handwritten: never spoke to)* *(handwritten: Returned From A/5... I never went there!)*

**Watch Commander Comments:**

DOES NOT APPLY TO THIS ARREST

| | | | Beat |
|---|---|---|---|
| Searched By: | #16767 | GUZIK, W G (PC0F057) | |
| Lockup Keeper: | #13217 | KNIAZ, S E (PC0U560) | |
| Assisting Arresting Officer: | #18662 | BEESE, D G (PC0H050) | 2586A |
| Assisting Arresting Officer: | #19423 | CALLE, D L (PC0G177) | 2586A |
| Assisting Arresting Officer: | #4427 | MOTYKA, J S (PC0V423) | 2566B |
| Fingerprinted By: | | WILLABY, H D (PC0Y424) | |
| Detective : | #20871 | Pagan, Dennis (PC0S761) 24 APR 2007 03:11 | 5568 |

| | | | Beat |
|---|---|---|---|
| Final Approval of Charges : | #586 | SCHWIEGER, S M(PC0N914) 24 APR 2007 09:29 | |



STATE OF ILLINOIS    )
                    ) SS
COUNTY OF COOK     )

MAR 04 2008

**DOROTHY BROWN**
**CLERK OF CIRCUIT COURT**

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS   )
                              )
           -vs-           )   No. O7CR 9711
                              )
JAMES WORTHEM               )

### MOTION FOR NEW TRIAL

Now comes the defendant, JAMES WORTHEM, by his attorney, EDWIN A. BURNETTE, Public Defender of Cook County, through JONATHAN VONGHER, Assistant Public Defender, after a finding of guilty and before sentencing and respectfully moves this Honorable Court to set aside the finding of guilty in the above-entitled cause and grant him a new trial, without prejudice to or waiving the later discovery of error in the trial record.

**IN SUPPORT THEREOF,** defendant states:

1. The State failed to prove the defendant guilty of the charge beyond a reasonable doubt.

2. The finding is against the weight of the evidence. The Court did not consider the defendant's testimony that he did not do the crime.

3. The defendant was denied due process of law. The Court should have excluded from its consideration all evidence obtained against the defendant <u>after he was arrested without probable cause</u>.

4. The defendant was denied equal protection of the laws.

5.   The State failed to prove every material allegation of the offense beyond a reasonable doubt.

6.   The defendant did not receive a fair and impartial trial as guaranteed him under Article I, Sections 2,6,8 and 10 of the Constitution of the State of Illinois and under the Fourteenth Amendment to the Constitution of the United States.

7.   The Court erred in overruling the defendant's motion for a directed finding at the close of the State's case.

8.   The finding is based upon evidentiary facts which do not exclude every reasonable hypothesis consistent with the innocence of the defendant.

**WHEREFORE**, for the various reasons urged before and during the trial and every error as may appear from the official transcript of proceedings, defendant requests a new trial.

Respectfully submitted,

EDWIN A. BURNETTE, #30295
Public Defender of Cook County

BY: _____
Jonathan Vongher
Assistant Public Defender

THis was Made by the Public Defender only after they became aware of All My own Timely Motions filed on 2/29/08 and this A.P.D. not once "objected" to any of the States wrong doings and allowed Me to be found Guilty with the clear knowledge that C.P.D. Destroyed the so-called evidence that Allegedly provided probable cause. (Illegal Incarceration to extreme)

(FOR Judge)                                     (JT-10-1208)

# RMAK HEALTH SERVICES OF COOK COUNTY    Medical Intake Form

ast Name: _Scott_    First Name: _David_    Date: _9-22-07_

Sex: (M)/F    Date of Birth: _9-1-72_    CCDOC# _070071905_    Division: _510_

## Consent for Treatment

I consent to a medical and mental health history and physical including screening for tuberculosis and sexually transmitted diseases as part of the intake process of the Cook County Jail.  I also consent to ongoing medical treatment by Cermak Health Services staff for problems identified during this process.  I understand I may be asked to sign forms allowing other medical treatments. I understand that every effort will be made by CHS staff to keep my medical problems confidential.  I understand the policy of CHS regarding access to health care at Cook County Jail.

_David Scott_
patient's signature

| Medical History | | | Remarks (reference by question number) |
|---|---|---|---|
| 1. Seizures/ Epilepsy / Fits | Yes | No | |
| 2. Heart Trouble / Heart Attack | Yes | No | Form Reviewed: |
| 3. High Blood Pressure | Yes | No | Date 10/1/0 |
| 4. Asthma / Emphysema | Yes | No | Sick-Call Needed: Y / N |
| 5. Diabetes | Yes | No | |
| 6. Cancer | Yes | No | |
| 7. Assistive Devices (prosthesis, cane, etc.) | Yes | No | |
| 8. Mental Illness | Yes | No | |
| 9. Tuberculosis | Yes | No | Scheduled: 10/30/07 |
| 10. HIV/AIDS | Yes | No | |
| 11. Liver Disease (specify)/Hepatitis B/C | Yes | No | -by _____ |
| -ever had DTs (delirium tremens) | Yes | No | |
| 12. Kidney Disease | Yes | No | |
| 13. Peptic Ulcer Disease | Yes | No | |
| 14. Sickle Cell Disease | Yes | No | (15) GSW to ball x 2006 |
| (15) Other (specify) | Yes | No | Blunt trauma 4/07 by C.P.D |

## Current Problems

| | | | Neurontin |
|---|---|---|---|
| 1. On Medications (list) | Yes | No | |
| 2. Under Doctor Care | Yes | No | |
| 3. Dental Problems (tooth ache, bleeding gums, etc., refer to dental if present) | Yes | No | |
| 4. Current Disabilities (assistance with ADL) | Yes | No | |
| 5. Recent trauma or hospitalization | Yes | No | |
| 6. Current cough, fever, night sweats | Yes | No | |
| 7. Current vaginal/penile discharge/sores /dysuria | Yes | No | Allergies: _NKA_ |
| 8. Other (specify) | Yes | No | |
| 9. Females – Menstrual History – LMP | / / | | Understands English? (Y)/ N |
| Currently pregnant | Yes | No | |
| Number of past pregnancies / deliveries | / | | |

| Substance Use | Tobacco | Alcohol | Injection Drug Use | Illicit, Non-Injection | Methadone | Other |
|---|---|---|---|---|---|---|
| | X /.N | X / N | Y / N | Y / N | Y / N | Y / N |
| How Long ?  (years) | | 1987 | | | | |
| Last Used (today, yesterday, 1 week etc.) | | 2006 | | | | |
| How much per day? | | 6 pk | | | | |
| Comments: | | | | | | |

_CW Wallace_    CMT/ERT
signature of CMT/Paramedic/Title

| | C H S 8 5 9 4 |

PATIENT LABEL

## CERMAK HEALTH SERVICES of COOK COUNTY – Primary Health Assessment

**Last Name:** Wirthem    **First Name:** James    **Date:** / /    **Time:**

**CCDOC No:** 2007-0071905    **DOB:** 6/11/68

**Vitals:** Temp: 97.8    BP: 117/69    Pulse: 71    RR: 20    Weight: 180

---

**Assessment: Normal Abnormal**

Oral Cavity: ☐ ☐
Caries: ☐
Thrush: ☐
Other (sores, masses, abscess) ☐
Heart Sounds: ☐ ☐
Lung Sounds: ☐ ☐
Skin/extremities: ☐ ☐

**Oral Hygiene Education Yes No**
**Referred to Dental?    Yes No**
**Referred to:    ER / PA**

**Explain Abnormal Findings:**

_____

_____

_____

_____

_____
provider signature *CMT / ERT*

---

*Secondary Health Assessment*    DATE: _____
TIME: _____

**Past Medical History:** ☐ Asthma ☐CAD ☐Cancer ☐Diabetes ☐HTN ☐HIV ☐Hepatitis B/C
☐Seizures ☐PUD ☐Substance Abuse ☐TB ☐Psych ☐ Other _____

**Recent Hospitialition:**_____

**HPI/ROS:** _____

**Physical Exam:**

**Assessment/Plan/Referrals:**_____

---

Patient Education On:    **Smoking    Alcohol    Substance Abuse    Oral Hygiene**
    *(circle all discussed)*    **Obesity    STDs    Violence Prevention**
Follow-up:
    Special Diet _____

_____MD/PA-C
*Provider signature, title*

FOR THE JUDGE/Honorable

**INDEPENDENT POLICE REVIEW AUTHORITY**
**CITY OF CHICAGO**
<u>Citizen Interview Report</u>

Date _30 JAN 08_

LOG/ EO/ U# _101271_

✓Complainant___Victim___Witness (check one)          ___Telephone    ✓In Person

Name of Person Interviewed                    SS#/Form of ID        Sex    Race    Date of Birth

_JAMES WORTHEM_              _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_  M   W   _11 JUN 68_

Address                                            Telephone No.          Work or Other Contact No.

_1540 N. HARDING, Apt 1ST fl_    _773-276-1052_

Location of Incident                              Date of Incident        Time of Incident

_1427 N. KILDARE AVE._            _23 APR 07_        _1855 hrs_

Location of Interview                             Time of Interview

_Cook County Jail (DIV 5)_        _1019 hour._

Investigator                                      Other Person(s) present!

_ROBERTO SOTO #51_            _CORRECTIONAL OFFICER BEN PEREZ #7876_

The following is in essence but not verbatim a summary statement taken of the above named person relative to allegation(s) of misconduct by a Chicago Police Department member.

_JAMES WORTHEM STATED THAT HE CAN READ, WRITE AND_
_SPEAK ENGLISH._


_WORTHEN STATED THAT ON DATE AND TIME IN QUESTIONED_
_HE WAS WALKING NORTHBOUND WHEN A SPEEDING_
_UNMARKED POLICE CAR STOPPED IN FRONT OF HIM._
_WORTHEN STATED THAT THREE CASUALLY DRESSED_
_OFFICERS EXITED THE POLICE CAR. WORTHEN_
_IDENTIFIED TWO OF THE OFFICERS AS_
_PO SCOTT AND FERRARO. WORTHEN STATED THAT_
_THE THIRD OFFICER, PO#3 WAS ABOUT 5'10", 6'0",_
_180-190 lbs, BLONISH HAIR, LATE 20's-EARLY 30's. WORTHEN_
_STATED THAT ALL THREE OFFICERS POINTED THEIR GUNS AT HIM._
_WORTHEN STATED THAT PO FERRARO HAD A PICTURE OF_
_HIM AND ASKED HIM IF THAT WAS HIM. WORTHEN_
_RESPONDED THAT IT WAS HIM. PO FERRARO THEN_
_STATED "OF COURSE IT'S YOU, YOU SON-A-BITCH" AND_
_SLAPPED WORTHEN ON THE FACE._


_James Worthem_ _____

INDEPENDENT POLICE REVIEW AUTHORITY

Statement of: JAMES WORTHEN

PAGE 2

LOG/U/EO # 1012711

WORTHEN STATED DO SCOTT HAD HIS GUN POINTED AT HIM AND STRUCK HIM ON THE RIGHT SHOULDER WITH THE BUTT OF HIS GUN. WORTHEN STATED THAT PO# 3 GRABBED HIS WALKING CANE AND THREW IT AWAY. WORTHEN WAS THE HANDCUFFED AND TAKEN TO THE 025th DISTRICT AND PLACED INSIDE AN INTERVIEW ROOM.

WHILE INSIDE THE INTERVIEW, WORTHEN STATED THAT PO# 3 STATED TO HIM, "WE KNOW YOU DIDN'T DO THIS, GIVE US SOME GUNS AND DRUGS AND WILL LET YOU GO. IF YOU DON'T, WE KNOW YOU ARE ON PAROLE AND, WHAT BETTER CANDIT THAN YOU TO GO DOWN FOR THIS."

WORTHEN STATED THAT HE PROVIDED THE OFFICERS WITH AN ADDRESS, 1536 N. HARDING. WORTHEN STATED THAT HE WAS APPROACHED ANOTHER MALE/WHITE OFFICER SUPERVI: WHO HE DESCRIBED AS A ~~MALE/WHI~~-MID TO LATE 40'S BLACK/GRAY HAIR, ENTERED THE INTERVIEW ROOM.

WORTHEN STATED THAT THE POLICE SUPERVISOR INFORMED HIM THAT IT WAS COMMON ~~PO~~ PRACTICE TO SIGN AN UNKNOWN DOCUMENT WHICH HE SIGNED

*** After having read this summary of 2 page(s) and being provided with the opportunity to make any corrections, additions, or deletions, I find it to be a true and accurate summary of the interview I had with Investigator ___ SOTO ___ on 30JAN08

Signature of Person Interviewed        Signature of Investigator        Other Person (s) Present

James Worthen

FOR THE Honorable Judge

**INDEPENDENT POLICE REVIEW AUTHORITY**

**CHICAGO POLICE DEPARTMENT**

Citizen Interview Report

__ Complainant _X_ Victim __ Witness (check one)

Date 05 Feb 08

Log #1012711

| Name of Person Interviewed | SS#/Form of ID | Sex | Race | Date of Birth |
|---|---|---|---|---|
| Annette Garcia | 6200-0068-8383G | F | H | 21 Aug 68 |

| Address | Telephone No. | Work or Other Contact No. |
|---|---|---|
| 1540 N. Harding, Chicago, IL 60651 | 773-875-6138 | |

| Location of Incident | Date of Incident | Time of Incident |
|---|---|---|
| 3958 W. Grand Ave. | 22 Apr 07 | 1710 hours |
| | 25 Apr 07 | 2000 hours |

| Location of Interview | Time of Interview |
|---|---|
| O.P.S., 10 W. 35th St. | 1000 hours |

Investigator Roberto Soto #251

The following is in essence but not verbatim a summary statement taken of the above named person relative to allegation(s) of misconduct by a Chicago Police Department member.

Annette Garcia stated that she can read, speak and understands English. Garcia stated that she entered the hallway to her apartment building when she was approached by three uniformed male/white officers. Garcia stated that she could not identify or provide a description of the officers. Garcia stated that she could only recall than one of the officers was very tall.

Garcia stated that the officers began to question her about some unknown person who they refused to identify. Garcia stated that the officers told her that someone had pointed her out as the girlfriend of someone. Garcia stated that the officers did not tell her who they talking about. Garcia stated that the officers asked her to open her entrance door to her apartment and she refused. Garcia stated that she was handcuffed in the hallway and the officers asked her to show them the rear entrance to her apartment. Garcia stated that her cell phone rang and one of the officers took her cell phone and answered it and spoke to her mother. Garcia stated that the officer asked her mother for the name of her boyfriend and provided his name as James Worthem. Garcia was escorted to the rear of the building and one of the officers jumped over the fence and proceeded to kick the rear door open.

The officers escorted Garcia inside the apartment and began to search around. Garcia stated that the officers noticed that her bedroom door was closed and the officers requested that she unlock the door and she refused. At that point, one of the officers kicked opened the bedroom door and searched it. Garcia stated that she was taken to the 025th District station and was questioned about the whereabouts of Worthem who is the father of her children. Garcia stated that she was shown a photograph and Worthem and told the officers that Worthem was the father of her children. Garcia stated that she was released from the police station at about 0400 hours, on 24 Apr 07.

Garcia stated when she arrived at her apartment, she noticed that the doors were opened. Garcia stated that she discovered a stereo in the living room, $250 USC, a 27" TV, a smaller TV, DVD, a cell phone, a ring, DVD movies and a cell phone were missing from her apartment. Garcia stated that she does not know who took her items but believes that the officers left her apartment unlocked when they took her to the police station. Garcia stated that she did not make a police report on the missing items.

Annette Garcia

Continued Statement of Annette Garcia
Log#1012711
Page#2


Garcia stated that she was not sure but believes that it was on 25 Apr 07, about 2000 hours, when three other male/white officers kicked opened the rear door and entered her apartment. Garcia stated that she could not identify the officers and could only describe the officers as wearing casual clothing and one of the officers as being tall. Garcia asked the officers what they wanted and they told her to shut the fuck up. Garcia stated that the officers left and she told the officers not to come again because she was leaving. Garcia stated that she walked out of her apartment along with the officers and went to her mother's house which was not to far away. Garcia stated that the officers damage her rear door and broke open two locks to her cabinets.


After reading this summary of 2 pages and being provided with the opportunity to make any corrections, additions, or deletions, I find it to be a true and accurate summary of the interview I had Investigator Roberto Soto #118, on 05 Feb 08.


Victim, Annette Garcia

Inv. Roberto Soto #118