**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet



**Plaintiff(s):** JAMES WORTHEM

**Defendant(s):** MICHAEL NOLAN, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
James Worthem
#2007-0071905
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

**08CV2444**
**JUDGE HART**
**MAG. JUDGE NOLAN**

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

FILED
APR 29 2008 TC
Apr 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes [ ] No

**Signature:** A. E. Woodham **Date:** 04/29/2008