FILED DcH

APR 2 9 2008 *aw*

Apr 29 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s) James M Worthen

)

Defendant(s)
Chief of C.P.D. Dave V. Starks
C.P.O. Michael Nolan
C.P.O Mr. Scott #5180
C.P.O. Mr. Ferraro #6619

**08CV2444**

**JUDGE HART**

**MAG. JUDGE NOLAN**

### MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.  I, James Worthem ,declare that I am the (check appropriate box)

    [✓] plaintiff    [ ] defendant in the above-entitled proceeding and state that I am unable to afford
    the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I have attempted on 2 occasions to obtain the servias of 2 separate attorneys Mr. Kevin Thomas peters at (312)697-0022 and of a " Ms. Debra A Abott at (312) 782-5891 but to no avail, I have no Money nor property and I Do need help, I have filed all my own 1983 forms but I am no legal technician.

3.  In further support of my motion, I declare that (check appropriate box): Please help. Thank you.

    [✗] I am not currently, nor previously have been, represented by an attorney appointed by the Court
    in this or any other civil or criminal proceeding before this Court.

    [ ] I am currently, or previously have been, represented by an attorney appointed by the Court
    in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    [✗] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
    detailing my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
    it is a true and correct representation of my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
    However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

James Worthem
_____
Movant's Signature

3/28/08
_____
Date

2700 South California 8
P.O. Box 089002
_____
Street Address

Chicago Ill, 60608
_____
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____    Case Number:_____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box    ☐

---

Assigned Judge: _____    Case Number:_____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box    ☐

---

Assigned Judge: _____    Case Number:_____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box    ☐

---

Assigned Judge: _____    Case Number:_____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box    ☐