MHN

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James Worthem | 08C2444 |
| DEFENDANT | TYPE OF PROCESS |
| Michael Nolan, et al. | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Scott M.R., Badge#5180 (pcov237), Plain clothes dect., Chicago Police Department

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
C.P.D. C/O P. Martin, Supv. of Subpenas, 3510 S. Michigan Ave., Chicago, IL 60635

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Worthem, #2007-0071905
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

FILED
JN 5-22-2008
MAY 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Officer Scott, M.R. works out of 5555 W. Grand St., Chicago, IL 60639, 25th District

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 05-14-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) — Total Process: 2 of 3 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk: Td | Date: 05-14-08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Emerald Yancy Admin

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/15/08  Time: 3.5c am
Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

REMARKS: One service fee charged same case + location. See process sheet #1 for charges.

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)