FILED MHN

S 111/08

JUN - 3 2008
6-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Clerk of the U.S. District court/prisoner corr-

# This is James M Worthem #B-12624, I am no
longer in the Cook county Jail, I was sentenced
on 5/8/08 and will be shipped to I.D.O.C.
The Address to new location is as follows
James Worthem #B-12624

* New Location → P.O. Box 112
Joliet Illinois, 60434

Change of Address

# I am also writing so that you can know of
My whereabouts so as to send any and all
future legal Documents from the following
1983 case numbers that Are already filed
With your office. The case numbers are
as follows. Thank you so much.

1) James M Worthem V. Sheriff "Boyle" # 07-C-6589
Honorable Judge MR. Leinenweber.

2) James M Worthem V. Tom Dart et. al #07-c-6687
Honorable Judge MR. Leinenweber.

3) James M Worthem V. Jennifer Hall et al #07 c-7255
Honorable Judge James B Zagel

4) James M Worthem V. Venkatta Nataam et al #08 cv 1865
Amended * Honorable Judge Joan H Lefkow

5) James M Worthem V. Edwin A. Burnette et al. # 08 c 2445
Honorable Judge Der-Yeghiayan

6) James Worthem V. Michael Nolan et al #08 c 2444
Honorable Judge Hart

→

2) James M Worthem V. Roger E. Walker et al
#08 C-2291 Honorable Judge Leinenweber.

P.S. Please submit my new Location in
the file and computer so that the
Defendants Lawyers and the court
can know my whereabouts at all
times. Thank you. Also, my Fiance
Annette Garcia and Daughter Heather
Worthems information for the
court files is as follows but only
for emergency purposes as these
2 are my only family and are
my sole beneficiaries in life.

Annette Garcia / Heather Worthem
1540 N Harding Street
Chicago Illinois 60651

/s/ James Worthem

P.S. Again, Thank you very much ☺