# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2444 | **DATE** | 6/9/2008 |
| **CASE TITLE** | James Worthem (2007-0071905) vs. Michael Nolan, et al. | | |

**DOCKET ENTRY TEXT:**

Reference is made to the plaintiff's change-of-address notice [#10]. The plaintiff is reminded of basic filing requirements: (1) the plaintiff must provide the court with the original plus a judge's copy of every document filed; (2) separate documents must be filed in separate cases; the plaintiff may not file one document pertaining to multiple cases; and (3) every document filed must include a certificate showing that a copy was mailed to opposing counsel. The clerk is directed to mail the plaintiff another copy of the court's filing instructions along with a copy of this order. In the future, the court may strike without considering any document filed that fails to comport with these basic rules.

Docketing to mail notices

mjm