UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| James Worthem, | ) | |
| | ) | Case No. 08 C 2444 |
| Plaintiff | ) | |
| v. | ) | Judge William T. Hart |
| | ) | |
| Michael Nolan et al. | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants | ) | |

**DEFENDANT OFFICERS' MOTION TO EXTEND
THE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant police officers Michael Nolan, Mathew Scott, and Joseph Ferraro ("Defendant Officers"), by one of their attorneys, Shneur Nathan, Assistant Corporation Counsel for the City of Chicago, move this Court for additional time to answer or otherwise plead to plaintiff's complaint. In support of this motion, Defendant Officers state the following:

1. On May 24, 2008, Defendants Scott and Ferraro were served with a copy of plaintiff's complaint.

2. On May 26, 2008, Defendant Nolan was served with a copy of plaintiff's complaint.

3. Due to the undersigned's trial schedule, Defendant Officers have not yet been able to meet with their attorney in order to prepare their responsive pleading.

4. Defendant Officers request a short extension, until July 25, 2008, to file their responsive pleading to plaintiff's complaint.

5. This motion is not being made to delay and Defendant Officers will be greatly prejudiced if this motion is not granted.

WHEREFORE, Defendant Officers respectfully request that this Honorable Court grant their Motion to Extend the Time to Answer or Otherwise Plead until July 25, 2008.

                Respectfully submitted,

                /s/ *Shneur Nathan*
                Assistant Corporation Counsel
                30 North LaSalle Street
                Chicago, Illinois 60602
                312-742-1842
                ARDC No. 6294495

**CERTIFICATE OF SERVICE**

      I, Shneur Nathan, hereby certify that on June 23, 2008, I caused a copy of the foregoing Motion to be served upon the *pro se* plaintiff, James Worthem, by sending a copy of the same, via U.S. Mail, to the person and address listed below.

James Worthem
(B-12624)
P.O. Box 112
Joliet, Illinois 60434

                /s Shneur Nathan
                SHNEUR NATHAN