UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| James Worthem, | ) | |
| | ) | Case No. 08 C 2444 |
| Plaintiff | ) | |
| | ) | Judge Hart |
| | ) | |
| Michael Nolan et al. | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants | ) | |

## NOTICE OF MOTION

**TO:**  James Worthem
(B-12624)
P.O. Box 112
Joliet, Illinois 60434

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant Officers' Motion to Extend the Time to Answer or Otherwise Plead,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that on July 2, 2008, at 11:00 a.m., I will appear before the Honorable Judge William T. Hart and present the above motion.

**DATED** at Chicago, Illinois this 23rd day of June, 2008.

Respectfully submitted,

30 N. LaSalle Street, Suite 1400

Chicago, IL 60602                  /S/ Shneur Z Nathan_____
312-742-1842                       Shneur Z. Nathan
ARDC No. 6294495                   Assistant Corporation Counsel