AC

# UNITED STATES DISTRICT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

James M. Worthem
PLAINTIFF
VS.

Michael Nolan et.al
DEFENDANTS

**FILED**
JUN 23 2008 aew
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NO: 08 C 2444

Mr. William T. Hart
HONORABLE JUDGE

_____
MAGISTRATE JUDGE

## NOTICE OF INSTITUTIONAL NAME(S)

Mr. Honorable Judge William T. Hart, I humbly request with all due respects to your Honor, that the Cook County Jail messed up on my name when I had finished up my parole time in I.D.O.C. My real biological name is James Michael Worthem, I was born on 6/11/68 and my social security number is 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. My name is not "David Scott" but please take note that my I-D # B-12624 is under both names but my I-D currently states "David Scott B-12624." Please also note that my only current criminal case # 07CR9711 is under my biological name and when I was arrested on 4/23/07, I gave my real and correct name to C.P.D. and C.C.J. I have not been released since then. Please do not court sanction me for this infraction. Thank you.

TO: Honorable Judge
Mr. William T. Hart
219 South Dearborn St.
Chicago, Illinois, 60604

FROM: James M. Worthem
(AKA) David Scott # B-12624
P.O. Box 900
Canton ILL, 61520

## PROOF OF SERVICE

I, James M. Worthem, Plaintiff/pro-se, hereby certify that I mailed a copy of the above notice of Institutional name(s) that C.C. Jail mixed up on their negligence, therein to the District Clerk of the Courts and I am unaware of whom representing the above Defendants so as to send same notice to them but this is not my doing nor in bad faith. This Document is being sent on 6/17/08, at or before 7:00 pm, with proper postage pre-paid.

/s/ James M. Worthem
/s/ David Scott
(AKA) ↑

THANK YOU and GOD BLESS YOU SIR.