UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| James Worthem, | ) | |
| | ) | Case No. 08 C 2444 |
| Plaintiff | ) | |
| | ) | Judge Hart |
| | ) | |
| Michael Nolan et al. | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants | ) | |

### NOTICE OF MOTION

**TO:**  James Worthem a.k.a. David Scott
**(Inmate No. B12624)**
Illinois River Correctional Center
Route 9 West
P.O. Box 1900
Canton, Illinois 61520

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant Officers' Motion to Stay,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that on July 9, 2008, at 11:00 a.m., I will appear before the Honorable Judge William T. Hart and present the above motion.

**DATED** at Chicago, Illinois this 1st day of July, 2008.

Respectfully submitted,

30 N. LaSalle Street, Suite 1400
Chicago, IL 60602                        /S/ Shneur Z Nathan
312-742-1842                             Shneur Z. Nathan
ARDC No. 6294495                         Assistant Corporation Counsel