**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

James Worthem
                  Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−02444
　　　　　　　　　　　　　　　　　　　　Honorable William T. Hart

Michael Nolan, et al.
　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

     MINUTE entry before the Honorable William T. Hart:Motion hearing held. Defendants' motion to stay proceedings until the criminal proceeding is resolved [19] is granted. Case stayed. Status hearing reset to 10/15/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.